LILLIAN C. TRUEG V. FRANK GOLDSTEIN.— Motion for stay denied, with ten

dollars costs, and stay vacated; motion for extension of time granted to the extent indicated in order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.